JURAT
The United states of America ; ss for
Iowa state ; verification
Muscatine county ; purposes only


American Civilian Flag of Peace



I certify in and for Iowa that, I know or have satisfactory evidence that Larry-Allen:Bell, state National is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act or deed for the uses and purposes mentioned in the instrument.
Dated this 28 day of June, in the year of our lord God 2022, A.D.

Cpl Boston 70-827
Notary Autograph

[Notary stamp: JEFFREY BOSTEN, Commission Number 828918, My Commission Expires 13-11-2023]
Notary Stamp (upside down) Seal with commission and expiration

Notary Acknowledgement
Proof of Service

i notary in good standing acknowledge the inclosed Presentment is true to Original as held in My Office and that i notary put it into an Envelope Registered RR 708 515 575 US on July 8th 2022.
Vera Elizabeth Rhodes
Notary name                seal
                Respond to Notary Office
         VERA ELIZABETH RHODES TRUST
         c/o 619 Church Street, PMB 104
         Ottumwa, Iowa Nation [52501]
         Thank you,
         By: Vera Elizabeth:Rhodes.

48460 3911
Nunc Pro Tunc
about August 14, 1948


Bell.

Larry-Allen: Bell
Post Master
Motu Proprio

Page Four of Four

7. Public Officials involved:
Dominick Wheeler, Nickolas Frommelt, Sgt. Wheeler, Heidi McDonough, Kelly Besst Meyer, James P. Barry, Leanne M. Striegel, Dan Williamson, Gary P. Strausser, John Larson, John F. Wunder, Tom Reidel, Mark Fowler, Dana Copell, Philip J. Tabor, also including Iowa State Public Officials Tom Waterman, Susan Christensen, Bob Gast, Kathy Gaylord, Marlita Greeves, Bruce B. Zager, Dana Oxley, Matthew McDermott.

8. The Stuatory Jurisdiction convicted a STATUATORY PERSON which is NOT i the man and objected in Court. So i have been jailed wrongly and Demand to be Released immediately, as i am NOT the PERSON.

To petition this district court of the United States in this matter which Larry-Allen: Bell is entitled to Relief. To overrule the IOWA DISTRICT COURT AT MUSCATINE IOWA Dry Pocket cases 07-70-1 AG-CR 064488, 07-70-1 AG-CR 065206, 07-70-1 SM-CR 065207 for lack of Jurisdiction. For a living Soul-Iowan American State National (sovereign with sovereignty) has his unalienable Rights (Right to Travel NOT In Commerce), for the aforementioned written living Testimony/Declaration of TRUTH in form of Affidavit.

You are Directed and Warranted to Dismiss for Lack of Jurisdiction without Prejudice, Release the prisoner immediately from all forms of Restraint and Incarceration.

If Not you Stephanie M. Rose or Successor are to submit in writing your current:
1. Oath of Office
2. Bonds - Fidelity/Hazard/personal judicial performance, Company Name, address, Policy Number, phone/fax/e-mail
3. BAR card Number
4. As a Public Official Administrator/Executor to dissolve the presumption of a Cestui Que 'Vie' Trust as Affiant/Declarant is found Living and Not lost at sea. As per Westminster Statutes vol. IV, Canons of Positive Law, Corpus Juris Secundum

Send all with written wet-ink signature/Notarized to: IOWA NOTARY IN GOOD STANDING VERA ELIZABETH RHODES TRUST attn: Vera-Elizabeth: c/o 619 church street PMB 104, Ottumwa Nation Iowa [NEAR 52501] within (7) seven calendar days of Receipt, via certified mail.

If No Response of prisoner Release and or Documentation of Required Credentials as a Public Official. By Tacit Procuration (Maxim of Law) No Response will be presumed True and Accurate and you agree.

Take Notice and Govern yourself accordingly.
"NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT. NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL"

I declare under the penalties of perjury under the laws in and for Iowa and without the United States, pursuant to 28 U.S.C. sec. 1746(1) that the foregoing is True and correct on this 28 day of June in the year of our Lord God Two Thousand Twenty Two                    without Prejudice

This Matter Is Adjourned
Registered Mail #

By: Executor Larry-Allen: Bell
Beneficiary American State National
Retain all vested Rights UCC 1-308
UCC FINANCE STATEMENT with attached SECURITY AGREEMENT P345828 01 Dec. 20

RR 708 515 575 US
Label 200, July 1999    (102595) 99-M-1904

page Three of four

with Ten Honorable Bill of Rights with Common Law - amongst them the Right To Travel. NOT IN COMMERCE.

5. Affiant/Defendant has submitted On Superior Court For and On the Record. exhibits as Evidence:

a. I am an American State National NOT a 14th Amendment U.S. citizen Article 1 Section 8 clause 17 - vacate for Lack of jurisdiction Article 6 paragraph 1 color of Law.

b. Null and Void Judgement Trial by Jury Required OR Restitution 2 of 2 pages.

c. Has been Prosecuted under Foreign Bills of Attainder, No Verified complaint, without a trial by jury, in violation of Article IV of the Constitution.

d. Denied - DEMAND POWER OF APPOINTMENT ACT of 1871 - To Mandate Public Officials as Trustees as Affiant/Declarant is Beneficiary of presumed Cestui Que 'Vie' Trust.

e. Denied - DECLARATION GREAT WRIT OF HABEAS CORPUS.

f. As per Regulation Z - It is Not my wish to contract with you, If I have done anything to cause the appearance of consent, I did Not intend to consent and I DO NOT CONSENT!

g. ~~LARRY ALLEN~~ Does have "ASSURANCE" a PRIVATE DISCHARGING AND INDEMNITY BOND, Ref. Bond No. RB 269 519 570 US and USPS REGISTERED MAIL TRACKING NO. RB 269 548 980 --- US Face Value: $300,000,000.00 Three hundred Million U.S. Dollars. Date of Issuance: June 1st, 2017; Date of Expiration: August 14, 2047 To: Steven Mnuchin - Secretary of the U.S. Treasury, United States Department of the Treasury, hereinafter: "Fiduciary, 1360 Pennsylvania Avenue, N.W. Washington D.C. 20220. FOR: LARRY ALLEN BELL Account Holder, Larry Allen Bell [sic] Account Holder                    Account, each severally By/On/through: LARRY ALLEN BELL, Principal Private Offset Account No. _____, Hereinafter "Creditors" Larry-Allen: Bell First Surety Private Offset Account No. _____, VERA ELIZABETH RHODES Second Surety Private Offset Account No. _____.

h. Is it Not True Public officials are guilty of FRAUD for Administering a living Man's estate in Bankruptcy - as quoted in "Corpus Juris Secundum",

6. "A void judgement which includes judgement entered by the court which lacks jurisdiction over the parties or the subject matter, or lacks herent power to enter the particular judgement, or an order produced by fraud, can be attacked at any time, in any court." Long vs. Shorebank Development Corp. 182 F. 3d 548 - "The Order produced by Fraud opens up the jurisdiction lacking a valid Oath and Bond Recorded into the Public Records."

"Where there is No jurisdiction there is No Judge: The Proceeding is for Nothing: Such has been the law from the days of the Marshalsea. 10 Coke 68; also Bradley v Fisher, 13 Wall, 335, 351."

[cf. The Supreme Court has ruled that a Natural **individual** entitled to Relief is entitled to free access to its judicial tribunals and public office in every State in the Union (2) Black 620, See also Crandell v. Nevada, 6 Wall 35. Plaintiff should Not be charged fees, or costs for the lawful and constitutional Right to Petition this court in this manner in which he is entitled to Relief, as it appears that the filing fee rule was originally -----.

page Two of Four

EXECUTOR LETTER

To: "district court of the United States" established by Congress in the States under Article III of the Constitution

Attn: Clerk of Court
- United States District Courthouse
% Honorable Stephanie M. Rose or Successor
123 East Walnut Street Suite 300
Des Moines, Iowa [50309]

From: DBA LARRY ALLEN 3911 BELL, Estate/Trust Grantor Executor Office Nation Iowa.
c/o General Post Location Box 105.
Blue Grass BELL Province
Near — 52726-9998 Post Master USMOI

Concerning: Rule providing for Relief from void judgement, is applicable, Relief is not a discretionary matter, but is mandatory. Omer v. Shalala, 30 F. 1307 3d (Colo. 1994). On IOWA DISTRICT COURT AT MUSCATINE COUNTY Dry Docket cases. 07-70-1 AG-CR 064488, 07-70-1 AG-CR 065206, 07-70-1SM-CR 065207. Fraud and Felony offense being committed by Public Officials, in violation of the Constitution is mandated to Report it under 18 U.S.C. § 4 Misprision of Felony, 18 U.S.C. § 2382 Misprision of TREASON (a contempt against a sovereign) 18 U.S.C. § 242 and 243. Trespass, 42 U.S.C. § 1982, 1983, 1985, 1986.

Larry-Allen of the House of Bell; "sui juris," under the laws in and for Iowa, and without the United States pursuant to 28 U.S.C. section 1746(1), being duly sworn, deposes and says:

1. I am DBA LARRY ALLEN 3911 BELL, Estate/Trust, Grantor Executor Office, Nation Iowa. c/o General Post Location Box 105. Blue Grass BELL Province. Near — 52726-9998 Post Master USMOI., ON Iowa a foreign state and juris-diction to the United States and the State of Iowa.

2. This shall serve as my voluntary free will and Notice to certify that i; A Living Soul, So called by my Father and Mother since born, August Fourteenth, Nineteen Hundred Forty-Eight_; of the House of the genealogy of Bell, OR SON of LeRoy and Larry-Allen: Bell was born the Fourteenth day of August, Nineteen Hundred and Forty-Eight, in the Sovereign Republic of Iowa, who presently lives upon the land of the Sovereign Republic of Iowa, and

3. I am a State National, one of the people of the several states and one of the Beneficiaries thereof, herein Now and for all the past, a "State National" or when outside the juris-diction laid upon and under mandate to the states of the Union and the United States an American State National, and [Public Recorded Instrument] #2021-2982 10/27/2021, Kelly L. Spees, Recorder, Jefferson County Iowa. [Here in after Affiant/Declarant]

4. Affiant/Declarant has been charged by an Operation of Law called a Constructive Trust which is constructive FRAUD, has not hurt any one or damaged any one's property and maintains his unalienable rights as per the "Articles of Confederation", "Declaration of Independence" and "Constitution

page One of Four

